IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JAMES WILLOBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 17-cv-1355 |
| vs. | ) |
| | ) **Jury Trial Demanded** |
| MASON CITY, ILLINOIS, BRUCE LOWE, | ) |
| SCOTT FRANCIS, MIKE KIRBY, JOHN | ) |
| DODSON and JIM MILLER, | ) |
| | ) |
| Defendants. | ) |

<u>CERTIFICATE OF INTEREST</u>

The undersigned, counsel of record for Plaintiff furnishes the following in compliance with Rule 11.3 of this Court:

1. The full name of every party represented in this case is James Willoby.

2. Partners and associates from Hasselberg, Rock, Bell & Kuppler, LLP are expected to appear for James Willoby in this cause.

JAMES WILLOBY,
    Plaintiff,

   /s/    *Julie L. Galassi*
JULIE L. GALASSI, Esq., Bar No. 6198035
Dustin R. Jensen, Esq., Bar No. 6306248
Attorney for Plaintiff
HASSELBERG, ROCK, BELL & KUPPLER, LLP
Suite 200 Associated Bank Building
4600 N. Brandywine Drive
Peoria, IL  61614-5591
Telephone:  (309) 688-9400
Facsimile:   (309) 688-9430
E-mail:  jgalassi@hrbklaw.com
         djensen@hrbklaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on August 4, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 None.

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

 None.

      JAMES WILLOBY,
       Plaintiff,


       /s/ Julie L. Galassi
      JULIE L. GALASSI, Esq., Bar No. 6198035
      Dustin R. Jensen, Esq., Bar No. 6306248
      Attorney for Plaintiff
      HASSELBERG, ROCK, BELL & KUPPLER, LLP
      Suite 200 Associated Bank Building
      4600 N. Brandywine Drive
      Peoria, IL  61614-5591
      Telephone:  (309) 688-9400
      Facsimile:  (309) 688-9430
      E-mail:  jgalassi@hrbklaw.com
        djensen@hrbklaw.com