IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JAMES WILLOBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  17-CV-1355 |
| ) | |
| MASON CITY, ILLINOIS, BRUCE LOWE, ) | |
| SCOTT FRANDS, JOHN DODSON and JIM ) | |
| MILLER, ) | **Plaintiff demands trial by jury.** |
| ) | |
| Defendants. ) | |

## PROPOSED DISCOVERY PLAN

Counsel for Plaintiff, Julie L. Galassi of Hasselberg, Rock, Bell & Kuppler, and Counsel for Defendants, Charles A. Pierce of Pierce law Firm, P.C., having met on November 1, 2017 for the purpose of formulating a proposed discovery schedule for consideration by the Court, hereby submit the following agreed deadlines for the Court's consideration:

1. Initial disclosures pursuant to Fed. R. of Civ. Pro. 26(a)(1): **December 5, 2017**

2. Amendment to the pleadings: **February 1, 2018**

3. Joining additional parties: **February 1, 2018**

4. Disclosure of Plaintiff's experts: **September 3, 2018**

5. Disclosure of Plaintiff's expert reports: **September 3, 2018**

6. Plaintiff's experts deposed: **October 3, 2018**

7. Disclosure of Defendant's experts: **November 5, 2018**

8. Disclosure of Defendant's expert reports: **November 5, 2018**

9. Defendant's experts deposed: **December 5, 2018**

10. Completion of all discovery: **January 7, 2018**

11. Dispositive motions: **February 7, 2019**

| | |
|---|---|
| James Willoby,<br>    Plaintiff, | Mason City, Illinois, Bruce Lowe, Scott Francis, John Dodson and Jim Miller,<br>    Defendants, |
| By:   /s/ Julie L. Galassi<br>    JULIE L. GALASSI<br>    DUSTIN R. JENSEN<br>    HASSELBERG, ROCK, BELL & KUPPLER, LLP<br>    Associated Bank Building<br>    Suite 200<br>    4600 N. Brandywine Drive<br>    Peoria, Illinois 61614<br>    Telephone: (309) 688-9400<br>    Facsimile: (309) 688-9430<br>    Email: jgalassi@hrbklaw.com<br>          djensen@hrbklaw.com<br>          dwarner@hrbklaw.com | By:   /s/ Charles A. Pierce<br>    Charles A. Pierce<br>    Pierce Law Firm, P.C.<br>    #3 Executive Woods Court<br>    Suite 200<br>    Bellville, Illinois 62226<br>    Telephone: (618) 277-5599<br>    Facsimile: (618) 239-6080<br>    Email: cpierce@piercelawpc.com |

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Charles A. Pierce: cpierce@piercelawpc.com; cweaver@piercelawpc.com

I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    None.

    James Willoby,
        Plaintiff,

    /s/ Julie L. Galassi
    JULIE L. GALASSI
    DUSTIN R. JENSEN
    HASSELBERG, ROCK, BELL & KUPPLER, LLP
    Associated Bank Building, Suite 200
    4600 North Brandywine Drive
    Peoria, Illinois 61614
    Telephone:  (309) 688-9400
    Facsimile:  (309) 688-9430
    Email:    jgalassi@hrbklaw.com
              djensen@hrbklaw.com
              dwarner@hrbklaw.com